AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00639 |
| JULIO BAQUERO, (DOB: XXXXXXXXX) | ) Assigned To : Faruqui, Zia M. |
| LOUIS VALENTIN, (DOB: XXXXXXXX) | ) Assign. Date : 10/27/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _January 6, 2021_ in the county of _____ in the _____ in the District of _Columbia_, the defendant(s) violated:

*Code Section*           *Offense Description*

**Defendant Julio Baquero -** 18 U.S.C. § 231(a)(3) and §2 - Civil Disorder, 18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building, and, 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

**Defendant Louis Valentin -** 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building, and, 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Michael White, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 10/28/2021                                        _____
*Judge's signature*

City and state:   Washington, D.C.              Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*