AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JULIO BAQUERO

)
)
)
)
)
)
)

Case: 1:21-mj-00639
Assigned To : Faruqui, Zia M.
Assign. Date : 10/27/2021
Description: Complaint w/ Arrest Warrant

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JULIO BAQUERO

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) and §2 - Civil Disorder
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 10/28/2021

Zia M. Faruqui
2021.10.28 23:04:07
-04'00'

*Issuing officer's signature*

City and state: Washington, D.C.      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/29/21, and the person was arrested on *(date)* 11/10/21
at *(city and state)* Hollywood, FL

Date: 11/10/21

*Arresting officer's signature*

Michael J. White / TFO
*Printed name and title*